## THIRD DEPARTMENT, SEPTEMBER, 1920.

HERMAN F. CUSHING, Respondent, v. IVORY LAWTON, Appellant.— We think that the discretion of the Special Term was not judiciously exercised. Order reversed, with ten dollars costs and disbursements, and motion granted, without costs. All concur, except Kiley, J., dissenting.

HUDSON NAVIGATION COMPANY, Appellant, v. OWEN A. MULLEN, Respondent.— Motion denied.

H. & T. CONSTRUCTION COMPANY, INC., Appellant, v. WILLIAM BECKERS, Respondent.— We think the order of reference in this case was improperly granted, and that the case is properly one for a jury. Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

. Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MELVIN G. HUBBS, Respondent, for Compensation under the Workmen's Compensation Law, v. ADDISON ELECTRIC LIGHT AND POWER COMPANY, Employer, and UTILITIES MUTUAL INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK L. KOLPIEN, Respondent, v. O'DONNELL LUMBER COMPANY, Employer, and the LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WALTER H. PURSELL, Respondent, for Compensation under . the Workmen's Compensation Law, v. G. LEVOR & COMPANY, INC., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

ALFRED H. BOOS, Respondent, v. ERVIN C. FIELD, Appellant.— Motion denied.

WILLIS G. BOSTWICK, Appellant, v. BRAY DICKINSON HALL and Others, Respondents.— Motion denied.

GEORGE W. GROVES, Appellant, v. GUY S. WARREN, Respondent.— Motion denied. Kiley, J., not sitting.

J. HERMON McLEAR, Plaintiff, v. JOSEPH BALMAT and Others, Defendants. — The order of July 8, 1920, contemplated that the respondents would · expedite and not obstruct the progress of the appeal. Their return of the proposed case was improper. The proposed case was properly served. The respondents may have ten days to serve proposed amendments to the proposed case. Appellants shall do all within their power to have the case ready for argument at the next term of this court. The stay is continued until the further order of the court. The order conditionally dismissing the appeal on August first is extended until the first day of the next term.